No. 610. STRAUSS ET AL. *v.* UNIVERSITY OF THE STATE OF NEW YORK ET AL., *ante,* p. 394;

No. 611. TAYLOR ET AL. *v.* KENTUCKY, *ante,* p. 394;

No. 62, Misc. BARNES *v.* UNITED STATES, *ante,* p. 927;

No. 266, Misc. KIMBROUGH *v.* UNITED STATES, *ante,* p. 925; and

No. 303, Misc. DI SILVESTRO *v.* UNITED STATES VETERANS ADMINISTRATION, *ante,* p. 935. Petitions for rehearing denied.

No. 110. FEDERAL TRADE COMMISSION *v.* C. E. NIEHOFF & CO., *ante,* p. 411. Rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.